## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Jibreel Pratt,

    Defendants.

Criminal No. 24-20274

Honorable Denise Page Hood

---

## GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT

---

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrant in this case, and states:

1. The Indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrant be unsealed because the defendant has been arrested and is entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

        Respectfully submitted,

        **Dawn N. Ison**
        United States Attorney

        *s/Jerome F. Gorgon*
        JEROME F. GORGON
        Assistant United States Attorney
        211 West Fort Street, Ste. 2001
        Detroit, MI  48226
        Jerome.Gorgon@usdoj.gov
        (313) 226-9676

Dated:  May 28, 2024

IT IS SO ORDERED.

        s/R. Steven Whalen
        R. Steven Whalen
        United States Magistrate Judge

Entered: May 28, 2024