UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

        Plaintiff,                          Criminal No. 24-cr-20274

v.                                         Hon. Denise Page Hood

JIBREEL PRATT,

        Defendant.

_____/

## SENTENCING MEMORANDUM ON BEHALF OF JIBREEL PRATT AND REQUEST FOR DOWNWARD VARIANCE PURSUANT TO THE RULE 11 AGREEMENT

Jibreel Pratt pled guilty to two counts of Attempted Concealment of Material Support to a Foreign Terrorist Organization pursuant to a Rule 11 Agreement under Rule 11(c)(1)(C). The pending complaint in 23-mj-30352 will be dismissed by the Government pursuant to the agreement. Specifically, Pratt donated to ISIS $350 worth of bitcoin on March 15, 2023 and another $530 in bitcoin on May 4, 2023. PSR, Par. 28. The parties agreed that the appropriate disposition of this case is 108 months imprisonment.[1]

---

[1] The guideline range calculated by the Probation Department is 188-235 months.

1

**§3553 Sentencing Factors**

Jibreel is 26 years-old and has no prior juvenile or criminal arrests or convictions/adjudications.  He was born and raised on the west side of Detroit, but moved to North Carolina with his Dad when he turned 18.  His mother, who was very young when she gave birth to Jibreel, has unfortunately never been a big part of his life and the last time they spoke was about 10 years ago.  Fortunately, he was raised by his father and grandparents in an abuse and neglect free home. Jibreel has a "great relationship with his father," who he felt allowed him to discover a variety of activities to see what he was interested in.  He was involved in soccer, hockey, football, gymnastics, fishing, video games and car maintenance.   His father gained sole custody of Jibreel when he was 5 years old.

Jibreel was very close with his paternal grandparents.  He moved back to Detroit for the main purpose of caring for his ill grandfather and helping out his grandmother.  In fact, as this case was unfolding, Jibreel was suffering from deep depression about the death of his grandfather in 2024.  He is also close with his paternal aunt, Portia Pratt.

In middle school, Jibreel was constantly bullied because of his dark skin. Kids would tell him to "go back to your country" and "why don't you go work at a gas station."  This is when he first developed an interest in computers and found a

2

small group of friends who were like-minded. Jibreel taught himself to code and other complex computer skills. But overall, middle school was traumatic for him.

Jibreel graduated from Western International High School in 2017. He was actually accepted into the Navy Seals program, however he changed his mind and dropped out just before basic training. He then studied information technology with a specialization in cybersecurity at Central Piedmont Community College for two years. He dropped out due to financial difficulties.

At the time of his arrest he worked for Federal Express. He also has experience working with Infinity Consulting Solutions, a web commerce company, and RestoPros as a restoration estimator. He also worked with Wells Fargo as an anti-money laundering analyst – an AML; he also worked in their fraud prevention department.

His dad James Pratt is employed as a trainer in a restoration company and his step-mother is a youth counselor. The whole family supports Jibreel, but they are also greatly disappointed. Jibreel, for his part, wants to become an electrician and will avail himself of any programming available to prepare for his release.

Jibreel does require special medication for his ulcerative colitis, which causes him great pain. While in custody, he's received weekly infusions of the drug Hadlima, a medication that treats autoimmune and autoinflammatory

conditions. It is notable that the pain was so difficult for him prior to be taken into custody that he applied for Michigan State Disability Assistance (SDA) in 2023.

As for general deterrence, "[t]he social science literature suggests that potential offenders commonly do not know the law, do not perceive an expected cost for a violation that outweighs the expected gain, and do not make rational self-interest choices." See Paul H. Robinson & John M. Darley, *The Role Deterrence in the Formulation of Criminal Law Rules: At Its Worst When Doing Its Best*, 91 Geo. L.J. 949, 951 (2003); *in accord* Richard S. Frase, *Punishment Purposes*, 58 Stan. L. Rev. 67 (2005). The Department of Justice's own studies support these conclusions. The certainty of being caught is far more important than the severity of the punishment imposed when trying to deter crime. *Five Things About Deterrence*, United States Department of Justice, Office of Justice Programs, National Institute of Justice.[2]

As for specific deterrence, this is the first time Jibreel has ever been incarcerated, and he never wants to be in custody again. A 9-year sentence is an extremely long term for a first-time offender and will be plenty to accomplish this sentencing factor. Notably, the statutory maximum for these offenses is 10 years.

---

[2] Available at https://nij.gov/five-things/Pages/deterrence.aspx.

The offense is a serious one.  Jibreel was communicating with an undercover agent posing as an ISIS operative. He declared his allegiance to ISIS, and discussed details of modern weaponry and covert shipping networks.  At one point, Jibreel had agreed to fly to Turkey.  However, he realized this was wrong, and never boarded the flight.  Over the many months of discussion, Jibreel sent $880 in bitcoin purportedly to ISIS, thereby satisfying the element of "concealment of material support."

In sum, Jibreel Pratt is an intelligent young man who involved himself in something that he now recognizes was foolish and dangerous.  He had no criminal history prior to this case, has accomplished educational goals, including two years of college, has a solid work history, and will study to be an electrician while incarcerated.  He has a fully supportive family who will be waiting for him when he is released.  Pursuant to the Section 3553(a), a sentence to the agreed upon term by the parties –9 years– will satisfy all the factors contained in the statute.

## CONCLUSION

For all these reasons, pursuant to the "C" plea agreement, counsel respectfully requests a sentence of 9 years, the sentence agreed to by the parties. This entails an 80-month downward variance from the bottom of the guideline range. Finally, counsel also respectfully requests a recommendation to Butner FCI for Jibreel's designation, as that would put him closer to his father, stepmother and sister in North Carolina.

Respectfully Submitted,

**FEDERAL COMMUNITY DEFENDER**

s/ Todd A. Shanker
Attorney for Jibreel Pratt
613 Abbott Street, Suite 500
Detroit, MI 48226
313-967-5542

Date: November 6, 2025                     E-mail: todd_shanker@fd.org

### CERTIFICATE OF SERVICE

I certify that the foregoing document was filed on November 6, 2025, using the CM/ECF system, resulting in service upon:

| | |
|---|---|
| Doug Salzenstein | Tracey Bylin |
| Assistant US Attorney | United States Probation Officer |
| 211 W. Fort Street, Suite 2001 | 231 W. LaFayette Blvd. |
| Detroit, Michigan 48226 | Detroit, MI 48226 |
| Doug.Salzenstein@usdoj.gov | Tracey_Bylin@miep.uscourts.gov |

s/ Todd Shanker